IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

GLENNA BARNES and husband,
REX BARNES,

      Plaintiffs,

vs.                                           No. 2:11-CV-108

WALGREENS HEALTH INITIATIVES,
INC. and WALGREENS HOME CARE, INC.,

      Defendants.

## REPORT ON RULE 26(f) MEETING

Come now the parties and submit to the Court the following report regarding their Rule 26(f) conference, pursuant to the provisions of Rule 26(f), F.R.C.P., and would state unto the Court as follows:

1. Counsel for the parties met on July 25, 2011, to conduct their Rule 26(f) conference.

2. The parties discussed the theories of the plaintiff for recovery, the defenses that would be interposed, the identity of witnesses, and the nature of the damages that were claimed by the plaintiff in this case.

3. The parties do not see any reason to change the timing, form or requirement for disclosures under Rule 26(a).

4. The parties do not see any reason to do discovery in phases or in a limited fashion.

5. The parties see no need, at this time, to change the limits of written discovery provided under the Rules of Civil Procedure.

6. The parties see no additional or other orders that would be needed to be entered by the Court at this time.

*s/TODD A. SHELTON*
TODD A. SHELTON (BPR # 023884)
ATTORNEY FOR PLAINTIFFS
100 South Main Street
Greeneville, TN 37743-4922
(423) 639-5183

*s/ JAMES W. HARRISON*
JAMES W. HARRISON (BPR # 007483)
ATTORNEY FOR DEFENDANTS
P. O. Box 1799
Morristown, TN 37816-1799
(423) 586-9302